## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

PATRICIA SMITH and CHARLES
WOODS

       Appellants,

       v.                                          Appeal No.: 17-5133

HILLARY CLINTON and UNITED
STATES OF AMERICA,

       Appellees

## STATEMENT OF ISSUES TO BE RAISED ON APPEAL

1.     Did the U.S. District Court for the District of Columbia ("District Court") err by granting Appellee United States of America's (the "United States") Motion for Partial Substitution? ECF No. 36

2.     Did the District Court err by granting the United States' Motion to Dismiss? ECF No. 36.

3.     Did the District Court err by granting Appellee Hillary Clinton's ("Clinton") Motion to Dismiss? ECF No. 36.

Dated: July 5, 2017                              Respectfully submitted,

                                                 /s/ Larry Klayman
                                                 Larry Klayman, Esq.
                                                 D.C. Bar No. 334581
                                                 Freedom Watch, Inc.
                                                 2020 Pennsylvania Avenue N.W.
                                                 Suite 345
                                                 Washington, D.C. 20006
                                                 (310) 595-0800
                                                 leklayman@gmail.com

**CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, July 5, 2017, a copy of the foregoing

was filed via this Court's ECF system and served upon all parties and/or counsel of record.


*/s/ Larry Klayman*
Larry Klayman