**[ORAL ARGUMENT NOT YET SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

PATRICIA SMITH and CHARLES WOODS,

    Plaintiffs-Appellants,

v.

HILLARY RODHAM CLINTON and UNITED STATES OF AMERICA,

    Defendants-Appellees.

No. 17-5133

**UNOPPOSED MOTION FOR 21-DAY EXTENSION OF
TIME TO FILE BRIEF OF APPELLEE UNITED STATES**

Appellee the United States of America respectfully moves for a 21-day extension of time to file the government's response brief, to and including November 17, 2017. This motion is unopposed. If the Court grants this motion, the government suggests that the Court extend the time for appellee Hillary Rodham Clinton to file her response brief as well, to keep the reply briefs on the same schedule.

1.    Appellees' briefs are currently due on October 27, 2017. Neither the government nor Hillary Rodham Clinton has previously sought an extension of this deadline. This Court previously granted the unopposed motion of appellants

Patricia Smith and Charles Woods for a 21-day extension of time to file their opening brief.

2. An extension is necessary because of parental leave and recent and upcoming appellate deadlines for Weili Shaw, the attorney with primary responsibility for preparing the government's brief.  Mr. Shaw presented oral argument in *Grant Medical Center v. Price*, No. 16-5314 (D.C. Cir.), on September 28, and has primary responsibility for preparing the government's merits brief in *Judicial Watch v. U.S. Department of the Treasury*, No. 17-5064 (D.C. Cir.), due November 1.  In addition, Mr. Shaw's wife is pregnant and scheduled to deliver on October 20, 2017, and Mr. Shaw will be taking parental leave following the birth.

3. Counsel for appellee Hillary Rodham Clinton does not oppose this motion.  Counsel further states that, although she does not require an extension, if the government's time for filing its response brief is extended by 21 days, the time for filing appellee Hillary Rodham Clinton's brief should also be extended by 21 days to keep appellants' reply briefs on the same schedule.  The government agrees that it makes sense to extend the time for filing both appellees' response briefs.

4. Counsel for appellants Patricia Smith and Charles Woods does not oppose this motion.

## CONCLUSION

For the foregoing reasons, appellee the United States respectfully requests that the Court extend the time for filing the government's response brief by 21 days, to and including November 17, 2017.

Respectfully submitted,

Mark B. Stern
s/ Weili J. Shaw
WEILI J. SHAW
*(202) 514-1371*
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C.  20530*

OCTOBER 2017

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains **353** words, according to the count of Microsoft Word.

s/ Weili J. Shaw
WEILI J. SHAW

## CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

                                                  s/ Weili J. Shaw
                                                  WEILI J. SHAW